Fill in this information to identify the case:

Debtor 1  Lashon Bates, aka Lashon R. Bates, aka Lashon Renee Bates

Debtor 2  Wayne Bates
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN    District of  ALABAMA
                                                                  (State)

Case number  19-10582-JCO

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  Quicken Loans Inc.           **Court claim no. (if known)**    5

**Last four digits** of any number you          XXXXXX0417
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
- ❋ No
- ☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 3/19/2019, | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. Other. Specify:  Plan Review | 2/27/2019, | (11) | $ 150.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Lashon Bates, aka Lashon R. Bates, aka Lashon Renee Bates | Case number (*if known*) | 19-10582 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
❋ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | */s/Jackson E. Duncan, III* | Date | 4/12/2019 |
|---|---|---|---|---|
| | | Signature | | |
| Print: | | Jackson      E.      Duncan, III | Title | Bankruptcy Attorney |
| | | First Name   Middle Name   Last Name | | |
| Company | | McCalla Raymer Leibert Pierce, LLC, attorney for Quicken Loans Inc. | | |
| Address | | 1544 Old Alabama Road | | |
| | | Number   Street | | |
| | | Roswell      GA      30076 | | |
| | | City      State      ZIP Code | | |
| Contact phone | | 205-208-1804 | Email | Jackson.Duncan@mccalla.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No.** 19-10582-JCO |
| Lashon Bates | ) **Chapter** 13 |
| *aka* **Lashon R. Bates** | ) |
| *aka* **Lashon Renee Bates** | ) **JUDGE:** JERRY C. OLDSHUE |
| Wayne Bates | |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees: $500.00

    | 03/19/2019 | Preparation and Filing of Proof of Claim | $500.00 |
    |---|---|---|

- Other: $150.00

    | 02/27/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $150.00 |
    |---|---|---|

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:  
    Lashon Bates  
    *aka* **Lashon R. Bates**  
    *aka* **Lashon Renee Bates**  
    Wayne Bates  

Bankruptcy Case No.: 19-10582  
Chapter: 13  
Judge: Jerry C. Oldshue  

## CERTIFICATE OF SERVICE

I, Jackson E. Duncan, III, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Lashon Bates  
20764 County Road 49  
Silverhill, AL 36576  

Wayne Bates  
20764 County Road 49  
Silverhill, AL 36576  

Stephen L. Klimjack           *(served via ECF Notification)*  
1252 Dauphin Street  
Mobile, AL 36604  

Daniel B. O'Brien, Trustee           *(served via ECF Notification)*  
Chapter 13 Trustee  
P.O. Box 1884  
Mobile, AL 36633  

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   4/12/2019   By:   */s/Jackson E. Duncan, III*  
           (date)                   Jackson E. Duncan, III  
                                     Alabama BAR No. 4919N67J  
                                     Attorney for Quicken Loans Inc.